UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE BUCKLEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COOPER VISION, INC., et al.,<br><br>Defendants. | Case No. 15-cv-01212-HSG<br><br>**ORDER CONTINUING DEADLINES FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINTS** |
| BRETT WATSON,<br><br>Plaintiff,<br><br>v.<br><br>COOPER VISION, INC., et al.,<br><br>Defendants. | Case No. 15-cv-01276-HSG |
| MARILYN MARLENE DEDIVANAJ,<br><br>Plaintiff,<br><br>v.<br><br>COOPER VISION, INC., et al.,<br><br>Defendants. | Case No. 15-cv-01281-HSG |
| BEN HAWKINS,<br><br>Plaintiff,<br><br>v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>Defendants. | Case No. 15-cv-01297-HSG |

United States District Court
Northern District of California

| | |
|---|---|
| LANA OHMES, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-01301-HSG |
| KEVIN MOY,<br><br>    Plaintiff,<br><br>  v.<br><br>COOPERVISION, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-01340-HSG |
| GORDON MAH, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ABB CONCISE OPTICAL GROUP, LLC, et al.,<br><br>    Defendants. | Case No. 15-cv-01406-HSG |
| SERGIO CASTILLO,<br><br>    Plaintiff,<br><br>  v.<br><br>COOPER VISION, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-01408-HSG |
| AMANDA CUNHA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-01413-HSG |

Motions to transfer the above-captioned class actions, along with other related actions filed in other districts, to a single district for coordination or consolidation are currently pending before

2

the Judicial Panel for Multidistrict Litigation ("JPML").  *See In re: Disposable Contact Lens Antitrust Litigation*, MDL No. 2626.  The deadlines for Defendants to answer or otherwise respond to the complaints filed in the above-captioned class actions are hereby continued pending resolution of MDL No. 2626.  Discovery shall also be stayed pending resolution of MDL No. 2626.  However, if Defendants are required to answer or otherwise respond to another complaint in a related class action before then, Defendants will answer or otherwise respond to the complaints in the above-captioned class actions at the same time.  Furthermore, if any Defendant responds to any discovery requests or makes any initial disclosures in a related class action, that Defendant will simultaneously provide the same responses and/or disclosures to any Plaintiff in any one of the above-captioned class actions involving that Defendant.

**IT IS SO ORDERED.**

Dated: April 7, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

3